IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INNOCENT BYSTANDER, WRITE TREATAGE MUSIC, UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., MIGHTY UNDERDOG MUSIC, SONY/ATV TUNES LLC, EMI APRIL MUSIC INC., LELLOW PRODUCTIONS, DESMOBILE, INC., BON JOVI PUBLISHING AND AGGRESSIVE MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>WALTZING MATILDA'S, INC. AND LEE BUZALEK,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. |

## COMPLAINT

Plaintiffs, complaining of the Defendants, by Richards, Layton & Finger, their attorney, allege:

1.  This is a suit for copyright infringement under Title 17, U.S.C. Jurisdiction of this Court is based upon Title 28, U.S.C., Section 1338(a).

2.  Plaintiffs allege five (5) causes of action for copyright infringement based on the Defendants' public performances of copyrighted musical compositions. SCHEDULE A annexed to the Complaint sets forth in summary form the allegations hereinafter made with respect to the Plaintiffs, their copyrighted musical compositions, and Defendants' act of infringement.

3. Plaintiffs named in Column 2 (all references to columns are to columns in SCHEDULE A) are the owners of the copyrights in the works listed in Column 3, and are properly joined in this complaint under Rule 20, Fed.R.Civ.P.

4. Defendant Waltzing Matilda's, Inc. is a Delaware corporation which did at the times hereinafter mentioned and still does own, control, manage, operate and maintain a place of business for public entertainment, accommodation, amusement and refreshment known as Matilda's Pub & Barbie, located at 801 S. College Avenue, in Newark, in the State of Delaware.

5. Defendant Lee Buzalek is a resident of this District and, at all times hereinafter mentioned was and still is Director and President of Defendant Waltzing Matilda's, Inc., with primary responsibility for the control, management, operation and maintenance of the affairs of said corporation. The acts hereinafter complained of were done with his active assistance, cooperation, acquiescence and procurement, and he derives financial benefit therefrom.

6. Musical compositions were and are publicly performed at said place of business.

7. The original musical compositions listed in Column 3 were created and written by the persons named in Column 4.

8. Each composition was published on the date stated in Column 5, and since the date of publication has been printed and published in strict conformity with Title 17, U.S.C.

9. The Plaintiffs named in each cause of action, including their predecessors in interest, if any, complied in all respects with Title 17, U.S.C., and secured the exclusive rights and privileges in and to the copyright of each composition listed in Column 3, and received from the Register of Copyrights a Certificate of Registration, identified as set forth on Column 6.

10. Defendants on the dates specified in Column 7, and upon information and belief, at other times prior and subsequent thereto, infringed the copyright in each composition named

in Column 3 by giving public performances of the compositions on Defendants' premises, for the entertainment and amusement of the patrons attending said premises, and Defendants threaten to continue such infringing performances.

11. The performances of the Plaintiffs' copyrighted musical compositions on the dates specified in Column 7 on Defendants' premises were unauthorized: neither Defendants, nor any of the Defendants' agents, servants or employees, nor any performer was licensed by, or otherwise received permission from any Plaintiff or any agent, servant or employee of any Plaintiff to give such performances.

12. In undertaking the conduct complained of in this action, Defendants knowingly and intentionally violated Plaintiffs' rights. Defendants' knowledge and intent are established by the following facts:

(a) Defendants have not sought or obtained a license agreement from Plaintiffs or the American Society of Composers, Authors and Publishers (ASCAP), a performing rights licensing organization of which all Plaintiffs are members.

(b) Despite numerous letters and other contacts by ASCAP representatives informing the Defendants of their liability under the United States Copyright Law, Defendants have continued to perform copyrighted music without permission during the hours that Defendants' establishment is open to the public for business and presenting musical entertainment.

(c) The many unauthorized performances at Matilda's Pub & Barbie include the performances of the five copyrighted musical compositions upon which this action is based.

13. At the times of the acts of infringement complained of, the Plaintiff named in each cause of action was the owner of the copyright in the composition therein named.

14. The said wrongful acts of the Defendants have caused and are causing great injury to the Plaintiffs, which damage cannot be accurately computed, and unless this Court restrains the Defendants from the further commission of said acts, said Plaintiffs will suffer irreparable injury, for all of which the said Plaintiffs are without any adequate remedy at law.

WHEREFORE, Plaintiffs pray:

I. That Defendants and all persons acting under the direction, control, permission or authority of Defendants be enjoined and restrained permanently from publicly performing the aforementioned compositions or any of them from causing or permitting the said compositions to be publicly performed in Defendants' said premises, or in any place owned, controlled or conducted by Defendants, and from aiding or abetting the public performance of such compositions in any such place or otherwise.

II. That Defendants be decreed to pay such statutory damages as to the Court shall appear just, as specified in 17 U.S.C. § 504(c)(1), namely, not more than Thirty Thousand Dollars ($30,000) nor less than Seven Hundred And Fifty Dollars ($750) in each cause of action herein.

III. That Defendants be decreed to pay the costs of this action and that a reasonable attorney's fee be allowed as part of the costs.

IV. For such other and further relief as may be just and equitable.

/s/ Robert W. Whetzel
Robert W. Whetzel (Bar ID #2288)
whetzel@rlf.com
Todd A. Coomes (Bar ID #4694)
coomes@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
Attorneys for Plaintiffs

Dated: 3/24/08

5

SCHEDULE "A"

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Date of Known Infringement |
| 1 | Innocent Bystander, Write Treatage Music and Universal-Polygram International Publishing, Inc. | Even Flow | Eddie Vedder, Stone Gossard | 8/27/91 | PA 544-552 | 7/30/07 |
| 2 | Mighty Underdog Music, Sony/ATV Tunes, LLC | Before He Cheats | Josh Kear, Chris Tompkins | 11/15/05 | PA 1-345-125 | 7/30/07 |
| 3 | EMI April Music, Inc. and Lellow Productions | Fallin' | Alicia Augello-Cook (PKA Alicia Keys) | 7/10/01 | PA 1-065-075 | 7/30/07 |
| 4 | EMI April Music, Inc.; Desmobile, Inc., Bon Jovi Publishing, Universal-Polygram International Publishing, Inc. and Aggressive Music | Livin' On A Prayer | Desmond Child, Jon Bon Jovi, Richie Sambora | 8/11/86 | PA 305-252 | 7/31/07 |
| 5 | Universal-Polygram International Publishing, Inc. | Toxic | Britney Spears, Pontus Johan Winnberg, Christian Karlsson, Cathy Dennis | 11/17/03 | PA 1-287-636 | 7/30/07 |

RLF1-3263345-1

JS 44 (Rev 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** - Innocent Bystander; Write Treatage Music; Universal Polygram International Publishing, Inc.; Mighty Underdog Music; Sony/ATV Tunes, LLC; EMI April Music Inc.; Lellow Productions; Desmobile, Inc.; Bon Jovi Publishing; and Aggressive Music

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Robert W. Whetzel
Todd A. Coomes
Richards Layton & Finger
One Rodney Square
P.O. Box 551,
Wilmington, DE 19899
(302) 651-7700

**DEFENDANTS** - Waltzing Matilda's Inc. and Lee Buzalek

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ○ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ○ 610 Agriculture | ○ 422 Appeal 28 USC 158 | ○ 400 State Reapportionment |
| ○ 120 Marine | ○ 310 Airplane / ○ 362 Personal Injury - Med. Malpractice | ○ 620 Other Food & Drug | ○ 423 Withdrawal 28 USC 157 | ○ 410 Antitrust |
| ○ 130 Miller Act | ○ 315 Airplane Product Liability | ○ 625 Drug Related Seizure of Property 21 USC 881 |  | ○ 430 Banks and Banking |
| ○ 140 Negotiable Instrument | ○ 320 Assault, Libel & Slander / ○ 365 Personal Injury - Product Liability | ○ 630 Liquor Laws |  | ○ 450 Commerce |
| ○ 150 Recovery of Overpayment & Enforcement of Judgment | ○ 330 Federal Employers' Liability / ○ 368 Asbestos Personal Injury Product Liability | ○ 640 R.R. & Truck | **PROPERTY RIGHTS** | ○ 460 Deportation |
| ○ 151 Medicare Act | ○ 340 Marine | ○ 650 Airline Regs. | x 820 Copyrights | ○ 470 Racketeer Influenced and Corrupt Organizations |
| ○ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ○ 345 Marine Product Liability / PERSONAL PROPERTY | ○ 660 Occupational Safety/Health | ○ 830 Patent | ○ 480 Consumer Credit |
|  | ○ 370 Other Fraud | ○ 690 Other | ○ 840 Trademark | ○ 490 Cable/Sat TV |
| ○ 153 Recovery of Overpayment of Veteran's Benefits | ○ 350 Motor Vehicle / ○ 371 Truth in Lending |  |  | ○ 810 Selective Service |
| ○ 160 Stockholders' Suits | ○ 355 Motor Vehicle Product Liability / ○ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ○ 850 Securities/Commodities/Exchange |
| ○ 190 Other Contract | ○ 360 Other Personal Injury / ○ 385 Property Damage Product Liability | ○ 710 Fair Labor Standards Act | ○ 861 HIA (1395ff) | ○ 875 Customer Challenge 12 USC 3410 |
| ○ 195 Contract Product Liability |  | ○ 720 Labor/Mgmt. Relations | ○ 862 Black Lung (923) | ○ 890 Other Statutory Actions |
| ○ 196 Franchise |  | ○ 730 Labor/Mgmt.Reporting & Disclosure Act | ○ 863 DIWC/DIWW (405(g)) | ○ 891 Agricultural Acts |
|  |  |  | ○ 864 SSID Title XVI | ○ 892 Economic Stabilization Act |
|  |  |  | ○ 865 RSI (405(g)) | ○ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ○ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ○ 894 Energy Allocation Act |
| ○ 210 Land Condemnation | ○ 441 Voting / ○ 510 Motions to Vacate Sentence | ○ 790 Other Labor Litigation | ○ 870 Taxes (U.S. Plaintiff or Defendant) | ○ 895 Freedom of Information Act |
| ○ 220 Foreclosure | ○ 442 Employment | ○ 791 Empl. Ret. Inc Security Act |  |  |
| ○ 230 Rent Lease & Ejectment | ○ 443 Housing/ Accommodations / Habeas Corpus: |  | ○ 871 IRS—Third Party 26 USC 7609 | ○ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ○ 240 Torts to Land |  | ○ 530 General |  |  |
| ○ 245 Tort Product Liability | ○ 444 Welfare / ○ 535 Death Penalty | **IMMIGRATION** |  |  |
| ○ 290 All Other Real Property | ○ 445 Amer w/Disabilities - Employment / ○ 540 Mandamus & Other | ○ 462 Naturalization Application |  | ○ 950 Constitutionality of State Statutes |
|  | ○ 550 Civil Rights | ○ 463 Habeas Corpus - Alien Detainee |  |  |
|  | ○ 446 Amer w/Disabilities - Other / ○ 555 Prison Condition | ○ 465 Other Immigration Actions |  |  |
|  | ○ 440 Other Civil Rights |  |  |  |

**V. ORIGIN** (Place an "X" in One Box Only)
- × 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multidistrict Litigation
- ○ 7 Appeal to District Judge from Magistrate Judgment

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

**VI. CAUSE OF ACTION:** Suit for copyright infringement based upon Defendants' public performances of copyrighted musical compositions.

**VII. REQUESTED IN COMPLAINT:** ○ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND:** Statutory damages and enjoinment

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ○ Yes ○ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 3-24-08            SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY
RECEIPT #       AMOUNT       APPLYING IFP       JUDGE       MAG JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required l aw, except as provided by local rules of court This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of tl lerk of Court for the purpose of initiating the civil docket sheet Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint file he attorney filing a case should complete the form as follows:

. **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant If the plaintiff or defendant is a government agency, use on 1e full name or standard abbreviations If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, givii oth name and title.

**(b) County of Residence** For each civil case filed, except U. S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time iling In U.S plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing (NOTE: In land condemnation cases, tl ounty of residence of the "defendant" is the location of the tract of land involved.)

**(c)** Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in 1is section "(see attachment)"

I.  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C P, which requires that jurisdictions be shown in pleadings. Place an "X" in one f the boxes If there is more than one basis of jurisdiction, precedence is given in the order shown below.

Jnited States plaintiff (1) Jurisdiction based on 28 U S C 1345 and 1348 Suits by agencies and officers of the United States are included here.

Jnited States defendant (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

ederal question (3) This refers to suits under 28 U S C 1331, where jurisdiction arises under the Constitution of the United States, an amendment to tl 'onstitution, an act of Congress or a treaty of the United States In cases where the U S is a party, the U S plaintiff or defendant code takes precedence, and b₁ or 2 should be marked

)iversity of citizenship (4) This refers to suits under 28 U S C 1332, where parties are citizens of different states When Box 4 is checked, the citizenship of the ifferent parties must be checked (See Section III below; federal question actions take precedence over diversity cases.)

II. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above Mark this section or each principal party

V. **Nature of Suit.** Place an "X" in the appropriate box If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficie ɔ enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit If the cause fits more than one nature of suit, select tl 1ost definitive

/.    **Origin.** Place an "X" in one of the seven boxes.

)riginal Proceedings (1) Cases which originate in the United States district courts

lemoved from State Court (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U S C , Section 1441 When the petition fo emoval is granted, check this box

lemanded from Appellate Court (3) Check this box for cases remanded to the district court for further action Use the date of remand as the filing date

einstated or Reopened (4) Check this box for cases reinstated or reopened in the district court Use the reopening date as the filing date

ransferred from Another District (5) For cases transferred under Title 28 U S C Section 1404(a) Do not use this for within district transfers or multidistrict itigation transfers

Aultidistrict Litigation (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U S C Section 1407 When this box i hecked, do not check (5) above

\ppeal to District Judge from Magistrate Judgment (7) Check this box for an appeal from a magistrate judge's decision

/I. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes inless diversity.** Example:  U S. Civil Statute: <u>47 USC 553</u>
  Brief Description: <u>Unauthorized reception of cable service</u>

/II. **Requested in Complaint.** Class Action Place an "X" in this box if you are filing a class action under Rule 23, F.R Cv P.

)emand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

ury Demand Check the appropriate box to indicate whether or not a jury is being demanded.

/III. **Related Cases.** This section of the JS 44 is used to reference related pending cases if any If there are related pending cases, insert the docket numbers nd the corresponding judge names for such cases

)ate and Attorney Signature. Date and sign the civil cover sheet