IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOCENT BYSTANDER, WRITE TREATAGE MUSIC, UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., MIGHTY UNDERDOG MUSIC, SONY/ATV TUNES LLC, EMI APRIL MUSIC INC., LELLOW PRODUCTIONS, DESMOBILE, INC., BON JOVI PUBLISHING AND AGGRESSIVE MUSIC, <br><br> Plaintiffs, <br><br> v. <br><br> WALTZING MATILDA'S, INC. AND LEE BUZALEK, <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. ) ) ) ) ) ) ) ) ) ) ) ) |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned, counsel of record for Plaintiffs certifies that the following have an interest in the outcome of this case: SONY/ATV TUNES LLC is owned by Sony Music Entertainment, Inc. which, in turn, is wholly owned by publicly held Sony Corporation of America; and UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC. is wholly owned by Vivendi, a publicly held foreign corporation. These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Dated: 3/24/08

Robert W. Whetzel (Bar ID #2288)
whetzel@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
Attorneys for Plaintiffs

1

RLF1-3263822-1