AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X  ACTION     ☐ APPEAL | | COURT NAME AND LOCATION<br>United States District Court<br>844 N. King Street<br>Wilmington, DE 19801 |
|---|---|---|
| DOCKET NO.<br>08-cv-163 | DATE FILED<br>03/24/08 | |
| PLAINTIFF<br>Innocent Bystander et al. | | DEFENDANT<br>Waltzing Matilda's Inc. Et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | SEE EXHIBIT A, ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE<br>3/25/2008 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

SCHEDULE "A"

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Date of Known Infringement |
| 1 | Innocent Bystander, Write Treatage Music and Universal-Polygram International Publishing, Inc. | Even Flow | Eddie Vedder, Stone Gossard | 8/27/91 | PA 544-552 | 7/30/07 |
| 2 | Mighty Underdog Music, Sony/ATV Tunes, LLC | Before He Cheats | Josh Kear, Chris Tompkins | 11/15/05 | PA 1-345-125 | 7/30/07 |
| 3 | EMI April Music, Inc. and Lellow Productions | Fallin' | Alicia Augello-Cook (PKA Alicia Keys) | 7/10/01 | PA 1-065-075 | 7/30/07 |
| 4 | EMI April Music, Inc.; Desmobile, Inc., Bon Jovi Publishing, Universal-Polygram International Publishing, Inc. and Aggressive Music | Livin' On A Prayer | Desmond Child, Jon Bon Jovi, Richie Sambora | 8/11/86 | PA 305-252 | 7/31/07 |
| 5 | Universal-Polygram International Publishing, Inc. | Toxic | Britney Spears, Pontus Johan Winnberg, Christian Karlsson, Cathy Dennis | 11/17/03 | PA 1-287-636 | 7/30/07 |

RLF1-3263345-1