IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOCENT BYSTANDER, WRITE TREATAGE MUSIC, UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., MIGHTY UNDERDOG MUSIC, SONY/ATV TUNES LLC, EMI APRIL MUSIC INC., LELLOW PRODUCTIONS, DESMOBILE, INC., BON JOVI PUBLISHING AND AGGRESSIVE MUSIC,<br><br>          Plaintiffs,<br><br>   v.<br><br>WALTZING MATILDA'S, INC. AND LEE BUZALEK,<br><br>          Defendants. | C.A. No.  0 8 - 1 6 3 |

## SUMMONS

TO: Waltzing Matilda's, Inc.
801 South College Avenue
Newark, DE  19713

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

Robert W. Whetzel, Esquire
Todd A. Coomes, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899
(302) 651-7700

an answer to the complaint which is herewith served upon you, within <u>twenty (20) days</u> after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

1

MAR 2 5 2008

2

**PETER T. DALLEO**
Clerk

_____
Date

By Deputy Clerk

*[signature]*

AO 440 (Rev 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 3/26/08 |

| NAME OF SERVER (PPJNT) | TITLE |
|---|---|
| KEVIN S. DUNN | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: SERVED: WALTZING MATILDA'S, INC AT 801 S. COLLEGE AVE. NEWARK, DE COPIES THEREOF WERE ACCEPTED BY: HALEY WILLIAMS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  3/26/08
            Date            Signature of Server
                            KEVIN S. DUNN

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure