IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOCENT BYSTANDER, WRITE TREATAGE MUSIC, UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., MIGHTY UNDERDOG MUSIC, SONY/ATV TUNES LLC, EMI APRIL MUSIC INC., LELLOW PRODUCTIONS, DESMOBILE, INC., BON JOVI PUBLISHING AND AGGRESSIVE MUSIC, <br><br> Plaintiffs, <br><br> v. <br><br> WALTZING MATILDA'S, INC. AND LEE BUZALEK, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 08-163-SLR |

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that plaintiffs Innocent Bystander, et al., by and through their undersigned attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss the captioned action.

Dated: April 15, 2008

Robert W. Whetzel (Bar ID #2288)
whetzel@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
Attorneys for Plaintiffs

1

RLF1-3272919-1